UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SHARON TAYLOR, ET AL.            CIVIL ACTION NOS. 2:07cv0001;
                                                 2:07cv00013; 2:07cv00014;
                                                 2:07cv00017; 2:07cv00018;
                                                 2:07cv00410

VERSUS                                       JUDGE DONALD E. WALTER

ACXIOM CORPORATION, ET AL.

## FINAL JUDGMENT

Before this Court is Plaintiffs' Second Motion to Amend Judgment [Document 109]. In compliance with the stay granted in the above captioned matter and the injunction ordered by Judge Martinez in the Fresco Litigation, pending in the United States District Court for the Southern District of Florida, Plaintiffs' Motion is hereby **GRANTED**.

The Judgment rendered on September 9, 2008, remains in effect to the extent that all claims against Defendants in Civil Action Nos. 07-0013, 07-0014, 07-0017, 07-0018, and 07-410, and the Defendants in No. 07-0001 who are not participating in the Fresco Litigation, are **DISMISSED WITH PREJUDICE**. This court will defer its judgment with respect to the Defendants in Civil Action No. 07-0001 who are participating in the Fresco Litigation until the injunction against Plaintiffs has been removed.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 16th day of October, 2008.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE